**K. M. REGAN et al., Relators, v. J. H. WALKER, Commissioner, et al., Respondents.**

No. 1171—5572.

Commission of Appeals of Texas, Section B. March 4, 1931.

E. F. Smith, of Austin, for relator.

Robert Lee Bobbitt, Atty. Gen., and W. W. Caves, Asst. Atty. Gen., for respondent Walker.

Lea, McGrady, Thomason & Edwards, of El Paso, for other respondents.

R. J. Randolph, of Austin, for intervener.

SHORT, P. J.

This is a companion case to that of Hugo Freels, Relator, v. J. H. Walker, Commissioner of the General Land Office, et al., which was submitted at the same time as was this case. An opinion having been written by Judge Leddy of this Commission in the Freels Case, which has been adopted by the Supreme Court, and the pertinent facts being the same in this case as in the Freels Case, it is only necessary to state the few facts necessary to differentiate the two cases. 26 S.W.(2d) 627, rehearing denied 45 S.W.(2d) 408.

The relators in this case allege the undisputed facts to be that they are the owners of the southeast part of section 92, block 1, certificate 3/546, W. & N. W. Ry. Co. survey, in Loving county, Tex., containing 186.2 acres of land; the entire section 92 being a fractional section containing 286.2 acres, Hugo Freels, the relator in the first case mentioned, being

---

**Lester COLE v. STATE.**

No. 14228.

Court of Criminal Appeals of Texas. Feb. 18, 1931.

H. M. Hood, of Borger, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, J.

The offense is robbery; the punishment, confinement in the penitentiary for five years.

Upon written request of appellant, duly verified by affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.